**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST GUARANTY MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>KIRKPATRICK-BROOKS, et al.,<br><br>       Defendants. | Civil Case No. 18-14567 (SDW)(SCM)<br><br>**ORDER**<br><br>January 3, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on December 14, 2018 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Plaintiff's motion to remand this action to the Superior Court of New Jersey be granted. Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (ECF No. 15) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED.**

                         s/ *Susan D. Wigenton*
                         **SUSAN D. WIGENTON**
                         **UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc:  Magistrate Judge Mannion
   Parties